<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1618**

———————

ROSEMARY TRINH HUYNH,

Plaintiff - Appellant,

versus

PAUL H. O'NEILL, Secretary of the United
States Department of the Treasury,

Defendant - Appellee,

and

JOSIE WOOD, I.S.D. Manager; SUSAN THOMPSON,
Chief Manager,

Defendants.

———————

**No. 02-1832**

———————

ROSEMARY TRINH HUYNH,

Plaintiff - Appellant,

versus

PAUL H. O'NEILL, Secretary of the United
States Department of the Treasury,

Defendant - Appellee,

and

JOSIE WOOD, I.S.D. Manager; SUSAN THOMPSON,
Chief Manager,

                                                    Defendants.

———————————

Appeals from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-01-445-3)

———————————

Submitted: October 21, 2002          Decided: November 7, 2002

———————————

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Rosemary Trinh Huynh, Appellant Pro Se.  Debra Jean Prillaman,
Assistant United States Attorney, Joan Elizabeth Evans, Assistant
United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rosemary Trinh Huynh appeals the district court's order adopting the magistrate judge's report and recommendation and granting the Appellee's motion for summary judgment in her Title VII action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Huynh v. O'Neil, No. CA-01-445-3 (E.D. Va. May 29, 2002). We deny the Appellee's motion to dismiss or strike the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED